1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7168
7
   Attorneys for Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )   No. CR O5-0149 MHP
                                      )
13 |     Plaintiff,                   )
                                      )   NOTICE OF DISMISSAL
14 |     v.                           )
                                      )
15 | OMAR QUINTERO CORNELIO,          )
                                      )   (San Francisco Venue)
16 |     Defendant.                   )
                                      )
17 |_____  )

18   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
19 United States Attorney for the Northern District of California dismisses the above indictment
20 without prejudice.

21
22 DATED: 7-21-09                         Respectfully submitted,

23                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
24
25                                        /s/ for
                                          BRIAN J. STRETCH
26                                        Chief, Criminal Division

27
28

NOTICE OF DISMISSAL RE: CORNELIO (CR 05-0149 MHP)

1 | Leave is granted to the government to dismiss the indictment.

Date: July 31, 2008

MARILYN HALL PATEL
United States District Judge

NOTICE OF DISMISSAL RE: CORNELIO (CR 05-0149 MHP)